**Opinion filed June 19, 2025**



## In The

# Eleventh Court of Appeals

_____

## No. 11-25-00135-CV

_____

## IN THE INTEREST OF D.C., A CHILD

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 10829-CX**

## M E M O R A N D U M   O P I N I O N

Appellant, the mother of D.C., filed a notice of appeal from the trial court's final order in a suit affecting the parent-child relationship. Appellant has now filed an unopposed motion to dismiss the appeal. In the motion, Appellant's counsel states that "Appellant Mother has informed counsel that she no longer wishes to pursue this appeal," and Appellant "request[s] that the appeal be dismissed." *See* TEX. R. APP. P. 42.1(a)(1). The motion is signed by Appellant and her counsel.

We grant Appellant's motion and dismiss the appeal.


W. STACY TROTTER

JUSTICE

June 19, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.